**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

FREDERICK PENNINGTON
ADC #71305                                                                                    PLAINTIFF

V.                                        NO: 5:09CV00205 JMM/HDY

ROBERT SMILEY *et al.*                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.  The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal

from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 24th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE